**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LODGY JACKSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1147 AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of Lodgy Jackson to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The Court will direct movant to file a memorandum in support of his motion within twenty-one (21) days from the date of this Order.

Movant pled guilty to one count of conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846; conspiracy to possess a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. § 924(o); and possession, brandishing, and discharge of a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1). The Court sentenced him to 400 months' imprisonment. His sentence was affirmed on appeal. *United States v. Jackson*, 782 F.3d 1006 (8th Cir. 2015).

In this case, movant alleges only that counsel was ineffective during various stages of the case. He has not stated any facts supporting his claims, however. As a result, the motion does not state a claim for relief. *See* 28 U.S.C. § 2255 Rule 2(a)(2); *cf. Ashcroft*

*v. Iqbal*, 556 U.S. 662, 678 (2009) (Section 1983 plaintiff must plead facts, not conclusions, to state claim for relief).

Movant states that a memorandum in support of his motion is forthcoming. The Court will allow movant twenty-one days to file the memorandum. If he fails to file it in a timely manner, the Court will dismiss this action without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that movant must file his memorandum in support of his motion no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 19th day of July, 2016.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE